IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JOHN MULLENIX,

    Defendant.

---

**INDICTMENT**
**Title 29, United States Code, Section 501(c)**
**Embezzlement of Union Funds**

---

## COUNT 1

The Grand Jury charges that:

Beginning on or about March 20, 2007, and continuing thereafter through on or about November 27, 2007, in the State and District of Colorado, JOHN MULLENIX, defendant herein, unlawfully and willfully embezzled, stole and converted to his own use money and funds of a labor organization of which he was an officer and by which he was employed, to wit: while Secretary-Treasurer of American Postal Workers Union (APWU) Local 441, Fort Morgan, Colorado, JOHN MULLENIX wrote unauthorized checks totaling $2,070.00, all in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL:

<u>Ink signature on file in the clerk's office</u>
FOREPERSON

TROY A. EID
United States Attorney

By: <u>s/Joseph Mackey</u>
JOSEPH MACKEY
Assistant U.S. Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: joseph.mackey@usdoj.gov
Attorney for the Government